No. 04–9925.  Lucero v. United States. C. A. 10th Cir. Certiorari denied.

No. 04–9929.  Paige v. Shannon, Superintendent, State Correctional Institution at Frackville, et al. C. A. 3d Cir.  Certiorari denied.

No. 04–9951.  Shouman v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–9953.  Richardson v. Kyler, Superintendent, State Correctional Institution at Huntingdon, et al. C. A. 3d Cir.  Certiorari denied.

No. 04–9957.  Lightfoot v. United States. C. A. 7th Cir. Certiorari denied.

No. 04–9958.  Wright v. Georgia Pacific Corp. C. A. 8th Cir.  Certiorari denied.

No. 04–9960.  Mosley v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–9964.  Lyons v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 04–9967.  Dobson v. United States. C. A. 9th Cir.  Certiorari denied.

No. 04–9968.  Bustos-Torres v. United States. C. A. 8th Cir.  Certiorari denied.

No. 04–9975.  Thomas v. United States. C. A. 4th Cir. Certiorari denied.

No. 04–9982.  Steinmetz v. United States. C. A. 7th Cir. Certiorari denied.

No. 04–9985.  Moore v. United States. C. A. 5th Cir.  Certiorari denied.

No. 04–9987.  Washington v. United States. C. A. 4th Cir. Certiorari denied.

No. 04–9989.  Pacheco-Espinosa v. United States. C. A. 10th Cir.  Certiorari denied.